

# United States District Court
# Eastern District of California

Hamid Reza SAYADI-TAKHTEHKAR

Plaintiff(s)

V.

Pamela BONDI, et al.

Defendant(s)

Case Number: 1:26-cv-00152-JLT-HBK

APPLICATION FOR PRO HAC VICE
AND ORDER
(Doc. 4)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Kenneth A. Mayeaux hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Petitioner, Hamid Reza SAYADI-TAKHTEHKAR

On ___10/10/1986___ (date), I was admitted to practice and presently in good standing in the ___LOUISIANA SUPREME COURT___ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: ___01/09/2026___    Signature of Applicant: /s/ ___Kenneth A. Mayeaux___

**Pro Hac Vice Attorney**

Applicant's Name:          Kenneth A. Mayeaux

Law Firm Name:            Mayeaux & Associates L.C.

Address:                        6554 Florida Blvd, Suite 200


City:                              Baton Rouge          State: LA    Zip: 70806

Phone Number w/Area Code: (225) 754-4477

City and State of Residence:  Baton Rouge, Louisiana

Primary E-mail Address:      ken@mayeauxlaw.com

Secondary E-mail Address:    diana@mayeauxlaw.com


I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:      Sabrina Damast

Law Firm Name:            Law Office of Sabrina Damast, Inc.

Address:                        510 West 6th Street, Suite 330


City:                              Los Angeles          State: CA    Zip: 90014

Phone Number w/Area Code: (323) 475-8716          Bar # 305710


## ORDER

The Pro Hac Vice Application (Doc. 4) is APPROVED.
The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.


Dated: 1/12/2026

JUDGE, U.S. MAGISTRTAE JUDGE

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, VERONICA ODINET KOCLANES, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

### *KENNETH ANTHONY MAYEAUX ESQ.,  #17674*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 10th Day of October, 1986 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN  WITNESS  WHEREOF,  I  hereunto  sign my  name  and  affix  the   seal  of  this  Court,  at the  City  of  New  Orleans,  this  the  8th  Day  of December, 2025, A.D.

**Clerk of Court**
**Supreme Court of Louisiana**