UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID REZA SAYADI-TAKHTEHKAR,<br><br>    Petitioner,<br><br>    v.<br><br>PAMELA BONDI, et al.,<br><br>    Respondents. | Case No. 1:26-cv-00152-JLT-HBK (HC)<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>(Doc. 2) |

    Petitioner Hamid Reza Sayadi-Takhtehkar ("Petitioner") is an immigration detainee in U.S. Immigration Customs and Enforcement (ICE) custody at the Golden State Annex in McFarland, California, challenging his prolonged detention as (1) a violation of 8 U.S.C. § 1231(a)(6) and *Zadvydas v. Davis*, 533 U.S. 678 (2001); (2) a violation of the substantive due process clause of the Fifth Amendment; (3) a violation of the procedural due process clause of the Fifth Amendment. (Doc. 1).

    Petitioner is proceeding on his counseled petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition"), and related motion for temporary restraining order ("TRO"), docketed on January 9, 2026. (Docs. 1, 2). On January 9, 2026, the presiding district judge denied the TRO as untimely, converted the TRO to a motion seeking a preliminary injunction because the

"filings raise serious questions as to the process Petitioner has received in relation to his detention," and directed Petitioner's counsel to serve Respondents with a copy of the Petition, the motion for temporary restraining order, and accompanying papers, along with a copy of the court's minute order and file proof of service of the docket. (Doc. 5). On January 13, 2026, Petitioner's counsel filed a certificate of service as directed. (Doc. No. 8).

Accordingly, it is hereby **ORDERED**:

1. No later than **fourteen (14) days** from the date of docketing of this Order, Respondent **SHALL** file a response to the motion for preliminary injunction.
2. Respondent **SHALL** electronically file all documents necessary for resolving the issues presented in the motion for preliminary injunction, including all referenced/relevant portions of Petitioner's A-file and other supporting documents.
3. Petitioner may file a reply within **seven (7) days** of the date of service of Respondent's response.
4. The parties are **DIRECTED** to indicate in their respective papers whether they are requesting a hearing. Depending on the content of the filings, the Court may set a hearing or may rule on the papers.
5. The parties shall return the Consent/Decline of U.S. Magistrate Form (Doc. No. 3) within **fourteen (14) days**.

Dated:    January 13, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE