**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAMID REZA SAYADI-TAKHTEHKAR, ) | Case No.: 1:26-cv-00152-JLT-HBK (HC) |
| ) | |
| Petitioner, ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS |
| v. ) | |
| PAMELA BONDI, et al., ) | |
| ) | (Docs. 1, 17) |
| Respondents. ) | |

Petitioner Hamid Reza Sayadi-Takhtehkar is an immigrant detainee formerly in U.S. Immigration Customs and Enforcement (ICE) custody at the Golden State Annex Detention Facility in McFarland, California, proceeding with counsel on his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1, "Petition.").

On January 9, 2026, Petitioner filed a motion for a temporary restraining order ("TRO"). (Doc. 2.) On January 9, 2026, the district judge denied the TRO, converted the TRO to a motion for preliminary injunction, and referred the motion for preliminary injunction to the assigned magistrate judge for consideration of the merits. (Doc. 5.) On March 4, 2026, the magistrate judge issued findings and recommendations to grant the motion for preliminary injunction (Doc. 15), and on March 11, 2026, the district judge adopted the findings and recommendations in full,

1

granted the motion for preliminary injunction, and referred the matter back to the magistrate jude for disposition on the merits (Doc. 16.)

On July 17, 2026, the assigned magistrate judge issued findings and recommendations to grant the petition for writ of habeas corpus for the same reasons the Court found Petitioner was likely to succeed on the merits of his claim in the findings and recommendations to grant th emotion for preliminary injunction (Docs. 15, 16), and to convert the preliminary injunction into a permanent injunction implementing the writ, which shall remain in effect. (Doc. 17.) The findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id*.) In addition, the parties were "advised that failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* at 24, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014). Respondents timely filed objections stating they "have no additional information to provide this Court regarding the likelihood of Petitioner's removability in the foreseeable future." (Doc. 18.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1.     The findings and recommendations issued on July 17, 2026 (Doc. 17) are **ADOPTED** in full.

2.     The petition for writ of habeas corpus (Doc. 1) is **GRANTED.**

3.     The Clerk of Court is directed to terminate all pending deadlines/motions and close this case.

IT IS SO ORDERED.

Dated:   August 5, 2026

UNITED STATES DISTRICT JUDGE

2